# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00318-CR
NO. 03-06-00319-CR

**Amber Christine Bronstad, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NOS. D-1-DC-05-205540 & D-1-DC-05-302766,
HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Amber Christine Bronstad seeks to appeal the district court's orders continuing her on probation subject to amended conditions made following a hearing on the State's motions to revoke. The trial court has certified that this is a plea bargain case and Bronstad has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). More fundamentally, an order altering or modifying the conditions of probation is not appealable. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   June 21, 2006

Do Not Publish